**John William GILBERT,
Plaintiff—Appellant,**

v.

**Sean ISHAM, Park Ranger, National
Park Service, Defendant—
Appellee.**

**No. 08–1092.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 26, 2008.

Decided: June 30, 2008.

John William Gilbert, Appellant Pro Se. Anthony Paul Giorno, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John William Gilbert appeals the district court's order denying relief on his civil rights complaint.* We have reviewed the record and find no reversible error. Accordingly, we affirm on the district court's reasoning that the action was barred by the doctrine of collateral estopped. *Allen v. McCurry,* 449 U.S. 90, 101 S.Ct. 411, 66 L.Ed.2d 308 (1980). *Gilbert v. Isham,* No. 5:07–cv–0075–gec, 2007 WL 4287746 (W.D.Va. Dec 5, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Although the action was addressed below as one pursuant to 42 U.S.C. § 1983 (2000), because the Defendant is a federal officer and the complaint of conduct involved a federal misdemeanor conviction, the action is one under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).